1  JOHN M. SORICH (CA Bar No. 125223)
   jsorich@adorno.com
2  S. CHRISTOPHER YOO (CA Bar No. 169442)
   cyoo@adorno.com
3  VALERIE K. BRENNAN (CA Bar No. 248148)
   vbrennan@adorno.com
4  ADORNO YOSS ALVARADO & SMITH
   A Professional Corporation
5  1 MacArthur Place, Suite 200
   Santa Ana, California 92707
6  Tel: (714) 852-6800
   Fax: (714) 852-6899
7
   Attorneys for Defendant
8  CHASE BANK U.S.A., N.A.

**FILED**

**09 MAR 26  PM 4: 03**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

9                **UNITED STATES DISTRICT COURT**

10               **SOUTHERN DISTRICT OF CALIFORNIA**

11

12  ALEJANDRA HERNANDEZ,                    CASE NO. **09 CV 0629    JLS LSP**

13          Plaintiff,                      JUDGE:
                                            CRTRM:
14  v.
                                            **NOTICE OF REMOVAL OF ACTION**
15  CHASE BANK, USA, N.A.; and DOES 1 to 20,
    inclusive
16
            Defendants.
17

18                                          **Action Filed:** March 2, 2009

19

20  **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

21          **PLEASE TAKE NOTICE THAT** defendant Chase Bank U.S.A., N.A. ("Chase" or

22  "Defendant") respectfully files this Notice of Removal, pursuant to 28 U.S.C. §§ 1441 <u>et seq.</u> to

23  remove the above-captioned matter from the Superior Court of the State of California for the County

24  of Imperial, in which the case is now pending, to the United States District Court for the Southern

25  District of California.  In support thereof this Notice, Chase states as follows:

26          1.      On or about March 2, 2009, plaintiff Alejandra Hernandez ("Plaintiff") filed a

27  complaint in the Superior Court of the State of California for the County of Imperial, case number

28  ECU05039 ("State Court").

---

1
NOTICE OF REMOVAL

1074895.2



2.      To date, Chase has not been properly served with the Summons and Complaint. Thus, this Notice of Removal is timely pursuant to 28 USC § 1446 because it is filed within thirty days from the Chase' receipt of the Complaint.  A copy of the Summons and Complaint is attached as Exhibit "1," as required by 28 USC. § 1446(a).  Chase has not received service of process or any other process, pleadings or orders in this action.

3.      This action is a civil action on which this Court has original jurisdiction under 28 USC § 1331, and is one which Chase may remove to this Court pursuant to 28 USC § 1441(b).  The action arises from the laws of the United States, because in the Complaint, Plaintiff alleges violations of the Truth in Lending Act ("TILA"), 15 U.S.C. § 1601 et seq. *See,* Complaint, pp. 3-4; 5-6.

4.      Specifically, in the Complaint, Plaintiff alleges that Chase is liable for certain violations under TILA's disclosure requirements. *See,* Complaint, pp. 3-4; 5-6.

5.      No consent is necessary as to defendants Does 1 through 20 because upon information and belief, those defendants have not been served.  Thus, no consent to removal is necessary as to Doe defendants.

6.      Payment of the appropriate fees and costs for removal and docketing of this matter in federal court, if any, are tendered with this Notice.

WHEREFORE, Chase respectfully requests that this action proceed in this Court as an action properly removed hereto.

DATED:  March 25, 2009            ADORNO YOSS ALVARADO & SMITH
                                  A Professional Corporation


                                  By: _____
                                      JOHN M. SORICH
                                      S. CHRISTOPHER YOO
                                      VALERIE K. BRENNAN
                                      Attorneys for Defendant
                                      CHASE BANK U.S.A., N.A.

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1074895.2

# EXHIBIT 1

03/02/2009  16:24    17603700303                                             PAGE   03

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CHASE BANK, USA, N.A.; and DOES 1-20

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
ALEJANDRA HERNANDEZ

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**ENDORSED**

MAR 0 2 2009

SUPERIOR COURT
IMPERIAL COUNTY
JOSE O. GUILLEN, CLERK
BY MARIA MENESES
DEPUTY

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Imperial County Superior Court<br>939 W Main Street<br>El Centro, CA 92243 | CASE NUMBER:<br>*(Número del Caso):* ECU05039 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Mark D. Potter / Russell C. Handy          100 East San Marcos Blvd Suite 400
Potter Handy, LLP                          San Marcos, CA 92069          (760)480-4162

DATE: MAR 0 2 2009          JOSE O. GUILLEN _____ MARIA MENESES , Deputy
*(Fecha)*                              *(Secretario)*                          *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**[SEAL]**

**NOTICE TO THE PERSON SERVED: You are served**
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

American LegalNet, Inc.
www.USCourtForms.com

1 | POTTER HANDY, LLP
2 | MARK D. POTTER, ESQ., SBN 166317
RUSSELL C. HANDY, ESQ., SBN 195058
3 | 100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988
4 | (760) 480-4162; Fax (760) 480-4170
mark@potterhandy.com
5 | Attorney for Plaintiff

**ENDORSED**

**MAR 02 2009**

SUPERIOR COURT
IMPERIAL COUNTY
JOSE G. GUILLEN, CLERK
BY MARIA MENESES
DEPUTY

Assigned for all purpose to Judge
including trial

Joseph Zimmerman

8 | IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

9 | IN AND FOR THE COUNTY OF IMPERIAL

11 | ALEJANDRA HERNANDEZ,

12 | Plaintiff,

13 | v.

14 | CHASE BANK, USA, N.A.; and DOES 1-20;

15 | Defendants.

Case No.: ECU05039

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF UNDER;**

**(1) TRUTH IN LENDING ACT;**
**(2) FOREIGN LANGUAGE CONTRACT ACT;**
**(3) UNFAIR COMPETITION LAW;**
**(4) QUIET TITLE ACTION**

**DEMAND FOR JURY**

21 |     Plaintiff ALEJANDRA HERNANDEZ complains of Defendants, CHASE
22 | BANK, USA, N.A.; and DOES 1-20 (hereinafter referred to as "Defendants") and
23 | allege:

### I. PRELIMINARY STATEMENT

25 | 1.    This is an action for permanent injunctive relief, and damages for predatory and
26 | discriminatory lending in the provision of financial mortgage lending assistance.  The
27 | plaintiff seeks rescission and/or reformation of the loan transactions for which there is a
28 | security interest in her home and seeks her remedies as outlined below.

-1-

Complaint

## II.  RELEVANT FACTS

2.     The plaintiff, Alejandra Hernandez, is a predominantly Spanish speaker and generally does not read or write in English.  At all relevant times alleged herein, Ms. Hernandez was over the age of 18 and a resident of San Diego County.  In October of 2007, Ms. Hernandez, a caterer, purchased a home located at 301 E. 6th Street, Calexico, California.  The purchase price was $350,000 and it was intended to be a real step up for Ms. Hernandez who had been living in a much smaller home.  Said real property, hereinafter "PROPERTY", is the subject of this suit and all claims made herein are based upon the purchase and ownership of said PROPERTY in the name of Ms. Hernandez.

3.     Ms. Hernandez negotiated the loan with Defendant Chase Bank through a licensed California Real Estate Broker:  Mortgage Made Easy.  The terms were discussed and negotiated entirely in Spanish.  No contract terms were provided to Ms. Hernandez in Spanish at any time.

4.     Ms. Hernandez, who had an excellent credit score, was informed by Chase that because she already owned a home, this new purchase had to be as an "investment" property.  The loan transaction was for 10.499% fixed rate over 30 years, although the going rate for owner-occupied properties was about 6.5%.  This was untrue.  Standard underwriting practices at the time dictated just the opposite, i.e., that when a property being purchased was superior to the property already owned and the borrower wished to move up, the loan could be made at an owner-occupied rate.  Chase disregarded the borrower's stated intention and convinced the borrower to accept a loan that was greatly detrimental to the plaintiff but provided maximum return to Chase based in part, upon false and misleading statements.

5.     Plaintiff does not know the true names of Defendants, their business capacities, their ownership connection to the PROPERTY, or their relative responsibilities in causing the violations of law herein complained of, and allege a joint venture and common enterprise by all such Defendants.  Plaintiffs are informed and

1   believe that each of the Defendants herein, including DOES 1 through 20, inclusive, is

2   responsible in some capacity for the events herein alleged, or is a necessary party for

3   obtaining appropriate relief.  Plaintiffs will seek leave to amend when the true names,

4   capacities, connections, and responsibilities of the Defendants and DOES 1 through 20,

5   inclusive, are ascertained.

6        6.   At all times relevant hereto, the Defendants, in the ordinary course of its

7   business, regularly extended or offered to extend consumer credit for which a finance

8   charge is or may be imposed or which, by written agreement, is payable in more than

9   four installments.

10       7.   Defendants and their agents, officers, employees, and affiliated or

11  associated parties have engaged in and continue to engage in a pattern of unlawful,

12  fraudulent or unfair predatory real estate lending practices causing victims of their

13  actions, including Plaintiff herein, to lose their home through foreclosure.

14       8.   The English copy of the Truth in Lending Act Disclosures understated the

15  annual percentage rate, the finance charge, the amount financed and the total of

16  payments and providing misleading information.

17       9.   Chase Bank, acting through its agents, filed a Declaration of Compliance

18  pursuant to California Civil Code, Section 2923.5(c), as a necessary first step to

19  foreclosing on the PROPERTY declaring that Chase had contacted the borrower and

20  assessed the borrower's financial situation and explored options to avoid foreclosure

21  (as required by the Civil Code).  This declaration is a falsehood.

**I. FIRST CAUSE OF ACTION**

**TRUTH IN LENDING ACT**

*(Against All Defendants)*

25       10.   The allegations contained in all previous paragraphs are realleged and

26  incorporated herein by reference.

27       11.   In October of 2007, Ms. Hernandez consummated a consumer credit

28  transaction (hereinafter "the transaction") with Defendants or their predecessors in

-3-

Complaint

1 | interest in which Defendants extended consumer credit was subject to a finance charge
2 | and which was initially payable to Defendants or their predecessors in interest.

3 |     12.   As part of this consumer credit transaction, the Defendants retained a
4 | security interest in the PROPERTY, which is Plaintiff's home.

5 |     13.   The disclosures made pursuant to the Truth in Lending Act violated the
6 | requirements of Truth in Lending and Regulation Z in the following and other respects:
7 | it understated the annual percentage rate, the finance charge, the amount financed and
8 | the total of payments.

9 |     14.   The plaintiff raises these claims defensively under a recoupment theory in
10 | the face of the Defendants foreclosure proceedings.  Plaintiff seeks actual damages,
11 | statutory damages, attorney's fees and costs.

12 |

13 | **II. SECOND CAUSE OF ACTION**
14 | **FOREIGN LANGUAGE CONTRACT ACT**
15 | **[Cal. Civ. § 1632 et al.]**
16 | *(Against All Defendants)*

17 |     15.   The allegations contained in all previous paragraphs are realleged and
18 | incorporated herein by reference.

19 |     16.   The contract and loan obligations negotiated in this case were for use
20 | primarily for personal, family or household purposes and subject to the provisions of
21 | Article 7 (commencing with Section 10240) of Chapter 3 of Part 1 of Division 4 of the
22 | Business and Professions Code, or Division 7 (commencing with Section 18000), or
23 | Division 9 (commencing with Section 22000) of the Financial Code. As such, these
24 | loans were subject to the requirements of the Foreign Language Contract Act found at
25 | California Civil Code § 1632 et al.

26 |     17.   Because the contract and loan obligation was negotiated in Spanish, the
27 | plaintiff was entitled to a copy of the loan terms in Spanish.  Defendants failed to
28 | provide the plaintiff with a copy of the loan terms in Spanish.

-4-

Complaint

18.    Pursuant to subdivision (k) of the California Civil Code § 1632, Defendants must allow the plaintiff to rescind the loan.

19.    Pursuant to California Civil Code § 1691(b), this complaint serves as a notice of rescission.

## III. THIRD CAUSE OF ACTION
## UNFAIR COMPETITION LAW
### [Cal. Bus. & Prof. § 17200 et al]
*(Against All Defendants)*

20.    The allegations contained in all previous paragraphs are realleged and incorporated herein by reference.

*Count 1:  Violations of Truth in Lending Act*

21.    15 U.S.C. § 1601, et seq. is the Federal Truth in Lending Act ("TILA"). The Federal Reserve Board of Governors implements Truth in Lending Act through Regulation Z (12 C.F.R. § 226) and its Official Staff Commentary.  Compliance by lenders with Regulation Z became mandatory on October 1, 1982.  Likewise, Official Staff Commentary issued by the Federal Reserve Board is generally binding on all lenders.

22.    The purpose of TILA is to protect consumers.  This is stated in 12 C.F.R. § 226.1, which reads:

> § 226.1.    **Authority, purpose, coverage, organization, enforcement and liability . . .**
>
> (b)    Purpose.  The purpose of this regulation is to promote the informed use of consumer credit by requiring disclosure about its terms and costs.  The regulation also gives consumers the right to cancel certain credit transaction that involve a lien on a consumer's principle dwelling.

-5-

Complaint

23.   Reg. Z also mandates very specific disclosure requirements regarding home loans with which lenders, including Defendant Wachovia, must comply:

> **§226.17.  General disclosure requirements.**
>
> (a) Form of disclosures.  (1) The creditor shall make the disclosures required by this subpart clearly and conspicuously in writing, in a form that the consumer may keep.  The disclosures shall be grouped together, shall be segregated form everything else, and shall not contain any information not directly related to the disclosures required under § 226.18.

24.   The purpose of the TILA is to assure a meaningful disclosure of credit terms so that borrowers will be able to compare more readily the various credit terms available to them and avoid the uninformed use of credit and to protect against inaccurate and unfair credit billing practices.

25.   Defendant Chase Bank's loan documents violate TILA because Defendant failed to comply with the disclosure requirements mandated by Regulation Z and Official Staff Commentary issued by the Federal Reserve Board.  Defendants failed in a number of ways to clearly, conspicuously, and/or accurately disclose the terms of the ARM loan to Plaintiff as Defendants were required to do under TILA.  These violations are apparent on the face of the TILA Disclosure forms.

*Count 2:  Violation of the Foreign Language Contract Act*

26.   By failing to provide the contract terms in Spanish to the plaintiff, the Defendants took advantage of the language gap to mislead and deceive the plaintiff about the true cost of her credit and about the terms under which she was financing her home.

## V. FOURTH CAUSE OF ACTION
### QUIET TITLE (Cal. Civ. P. § 760.010-764.080)

27.   The allegations contained in all previous paragraphs are realleged and

-6-

Complaint

1  incorporated herein by reference

2      28.    The Plaintiff is the owner of the PROPERTY, is currently in possession of

3  the PROPERTY and is entitled to possession of the PROPERTY.

4      29.    The Defendants claim an adverse interest in the PROPERTY owned by the

5  Plaintiff, but such claims are without right, the Defendants have no right, title, stake,

6  lien, or interest in the PROPERTY.

7      30.    Plaintiff seeks a determination of her fee simple title in this action as of the

8  date that this complaint is filed.

9

10  **PRAYER FOR RELIEF**

11  Wherefore, Plaintiff prays that this court award damages and provide relief as follows:

12      1. For rescission;

13      2. For actual damages;

14      3. For statutory damages;

15      4. For punitive damages where appropriate;

16      5. For restitutionary disgorgement of all monies received as a result of unfair

17         competition;

18      6. For interest as permitted by law;

19      7. A judgment quieting Plaintiff's fee simple title to the real property and that

20         Defendants have no right, title, or interest in or to the real property

21      8. For costs and a attorney's fee as provided under the statutes alleged above.

22      9. Award such other and further relief as the Court deems just and proper.

23

24  Dated: March 2, 2009                         POTTER HANDY. LLP

25

26                                              By: _____

27                                                  MARK D. POTTER
                                                    Attorneys for Plaintiffs
28

-7-

Complaint

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all claims for which a jury is permitted.

Dated: March 2, 2009                          POTTER HANDY, LLP

By:_____

MARK D. POTTER
Attorneys for Plaintiffs

-8-

Complaint

03/02/2009  16:24   17603700303                                    PAGE  01

**CM-010**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

Mark D. Potter / Russell C. Handy   166317 / 195058
Potter Handy, LLP
100 East San Marcos Blvd., Suite 400
San Marcos, CA  92069
TELEPHONE NO.: (760) 480-4162   FAX NO.: (760) 480-4170
ATTORNEY FOR *(Name):* Plaintiff, ALEJANDRA HERNANDEZ

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: 939 W. Main Street
MAILING ADDRESS: 939 W. Main Street
CITY AND ZIP CODE: El Centro, CA 92243
BRANCH NAME:

CASE NAME:
ALEJANDRA HERNANDEZ v. CHASE BANK, USA N. A., ET AL.

**ENDORSED**

MAR 0 2 2009

SUPERIOR COURT
IMPERIAL COUNTY
JOSE C. GUILLEN, CLERK
BY MARIA MENESES
DEPUTY

CASE NUMBER:
**ECU05039**

JUDGE: Joseph Zimmerman
DEPT:

| CIVIL CASE COVER SHEET | Complex Case Designation | |
|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter  [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
[ ] Auto (22)
[ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
[ ] Asbestos (04)
[ ] Product liability (24)
[ ] Medical malpractice (45)
[ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
[ ] Business tort/unfair business practice (07)
[✓] Civil rights (08)
[ ] Defamation (13)
[ ] Fraud (16)
[ ] Intellectual property (19)
[ ] Professional negligence (25)
[ ] Other non-PI/PD/WD tort (35)

**Employment**
[ ] Wrongful termination (36)
[ ] Other employment (15)

**Contract**
[ ] Breach of contract/warranty (06)
[ ] Collections (09)
[ ] Insurance coverage (18)
[ ] Other contract (37)

**Real Property**
[ ] Eminent domain/Inverse condemnation (14)
[ ] Wrongful eviction (33)
[✓] Other real property (26)

**Unlawful Detainer**
[ ] Commercial (31)
[ ] Residential (32)
[ ] Drugs (38)

**Judicial Review**
[ ] Asset forfeiture (05)
[ ] Petition re: arbitration award (11)
[ ] Writ of mandate (02)
[ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
[ ] Antitrust/Trade regulation (03)
[ ] Construction defect (10)
[ ] Mass tort (40)
[ ] Securities litigation (28)
[ ] Environmental/Toxic tort (30)
[ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
[ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
[ ] RICO (27)
[ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
[ ] Partnership and corporate governance (21)
[ ] Other petition *(not specified above)* (43)

2. This case [ ] is [✓] is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties    d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel    e. [ ] Coordination with related actions pending in one or more courts issues that will be time-consuming to resolve         in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence    f. [ ] Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply):*
   a. [✓] monetary   b. [✓] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* 4
5. This case [ ] is [✓] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date:   March 2, 2009
Mark D. Potter
_____
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

**CIVIL CASE COVER SHEET**

American Legalnet, Inc.
www.FormsWorkflow.com

Cal. Rules of Court, rules 2.220, 3.400–3.403;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers**

If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 5 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the primary cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. You do not need to submit a cover sheet with amended papers. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220  of the California Rules of Court.

**To Parties in Complex Cases**

In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)—Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief from Late Claim
  Other Civil Petition

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Alejandra Hernandez v. Chase Bank, USA, N.A.*
Imperial County Superior Court Case No. ECU05039

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707.**

On March 26, 2009, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION** on the interested parties in this action.

☒　by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☒　**BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐　**BY FACSIMILE MACHINE:**  I Tele-Faxed a copy of the original document to the above facsimile numbers.

☐　**BY OVERNIGHT MAIL:**  I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

☐　**BY PERSONAL SERVICE:**  I caused such envelope(s) to be delivered by hand to the above addressee(s).

☐　(State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒　(Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on March 26, 2009, at Santa Ana, California.

*Veronica Delgado*
Veronica Delgado

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

1074919.1

**SERVICE LIST**
Alejandra Hernandez v. Chase Bank, USA, N.A.
Imperial County Superior Court Case No. ECU05039

Mark D. Potter, Esq.                    (760) 480-4162-telephone
Russell C. Handy, Esq.                  (760) 480-4170-facsimile
Potter Handy, LLP
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988               **Attorney for Plaintiff, Alejandra Hernandez**

PROOF OF SERVICE

1074919.1

JS 44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I. (a) PLAINTIFFS**

ALEJANDRA HERNANDEZ,

**DEFENDANTS**

CHASE BANK, USA, N.A.; and DOES 1-20;

FILED

09 MAR 26 PM 4: 03

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED.

BY   DEPUTY

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Mark D. Potter, Esq./Russell C. Handy
Potter Handy, LLP
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988
(760) 480-4162-telephone; (760) 480-4170-facsimile

ATTORNEYS (IF KNOWN)

09 CV 0629     JLS LSP

S. Christopher Yoo, Esq.
Adorno, Yoss, Alvarado & Smith
1 MacArthur Place, Suite 200
Santa Ana, CA 92707
(714) 852-6800-telephone; (714) 852-6899-facsimile

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.
DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)    15 U.S.C. SECTION 1601 (TILA)

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reappointment |
| [ ] 120 Marine | [ ] 310 Airplane | [ ] 362 Personal Injury - Medical Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 365 Personal Injury - Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander | [ ] 368 Asbestos Personal Injury Product Liability | [ ] 630 Liquor Laws | **PROPERTY RIGHTS** | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers' Liability | | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine | **PERSONAL PROPERTY** | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability | [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle | [ ] 371 Truth in Lending | [ ] 690 Other | **SOCIAL SECURITY** | [ ] 850 Securities/Commodities/Exchange |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability | [ ] 380 Other Personal Property Damage | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 862 Black Lung (923) | [ ] 891 Agricultural Acts |
| [ ] 195 Contract Product Liability | | | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motion to Vacate Sentence | [ ] 740 Railway Labor Act | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | **HABEAS CORPUS:** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | [ ] 895 Freedom of Information Act |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 535 Death Penalty | | [ ] 871 IRS - Third Party 26 USC 7609 | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [ ] 540 Mandamus & Other | | | [X] 890 Other Statutory Actions |
| [ ] 290 All Other Real Property | | [ ] 550 Civil Rights | | | |
| | | [ ] 555 Prison Conditions | | | |

**VI. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removal from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**   [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   [ ] YES   [X] NO

**VIII. RELATED CASE(S) IF ANY**   (See instructions):

JUDGE                          Docket Number

DATE                SIGNATURE OF ATTORNEY OF RECORD

MARCH 26, 2009

16/434  $350 - PB  03/26/09

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44
### Authority For Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.    (a) Plaintiffs - Defendants.  Enter names (last, first, middle initial) of plaintiff and defendant.  If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations.  If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence.  For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing.  In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE:  In land condemnation cases, the county of residence of the  "defendant"  is the location of the tract of land involved.)

(c) Attorneys.  Enter the firm name, address, telephone number, and attorney of record.  If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II.    Jurisdiction.  The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes.  If there is more than one basis of jurisdiction,  precedence is given in the order shown below.

United States plaintiff.  (1)  Jurisdiction based on 28 U.S.C. 1345 and 1348.   Suits by agencies and officers of the United States are included here.

United States defendant.  (2)  When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States.  In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship.  (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states.  When Box 4 is checked, the citizenship of the different parties must be checked.  (See Section III below; federal question actions take precedence over diversity cases.)

III.  Residence (citizenship) of Principal Parties.  This section of the JS-44 is to be completed if diversity of citizenship was indicated above.  Mark this section for each principal party.

IV.  Cause of Action.  Report the civil statute directly related to the cause of action and give a brief description of the cause.

V.   Nature of Suit.  Place an "X" in the appropriate box.  If the nature of suit cannot be determined, be sure the cause of action, in Section IV above, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit.  If the cause fits more than one nature of suit, select the most definitive.

VI. Origin. Place an "X" in one of the seven boxes.

Original Proceedings. (1)  Cases which originate in the United States district courts.

Removed from State Court.  (2)    Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.  When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3)  Check this box for cases remanded to the district court for further action.  Use the date of remand as the filing date.

Reinstated or Reopened.  (4)   Check this box for cases reinstated or reopened in the district court.  Use the reopening date as the filing date.

Transferred from Another District.  (5) For cases transferred under Title 28 U.S.C. Section 1404(a).  Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6)  Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.  When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7)  Check this box for an appeal from a magistrate's decision.

VII. Requested in Complaint. Class Action. Place an  "X"  in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand.  In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand.  Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. Related Cases.  This section of the JS-44 is used to reference relating pending cases if any.  If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

Date and Attorney Signature.  Date and sign the civil cover sheet.

(rev. 07/89)

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)

1

**PROOF OF SERVICE**

2

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Alejandra Hernandez v. Chase Bank, USA, N.A.*

3

Imperial County Superior Court Case No. ECU05039

4

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is **ADORNO YOSS ALVARADO & SMITH, 1 MacArthur Place, Santa Ana, CA 92707**.

5

6

On March 26, 2009, I served the foregoing document described as **CIVIL COVER SHEET** on the interested parties in this action.

7

8

☒        by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

9

**SEE ATTACHED SERVICE LIST**

10

☒        **BY REGULAR MAIL:** I deposited such envelope in the mail at 1 MacArthur Place, Santa Ana, California.  The envelope was mailed with postage thereon fully prepaid.

11

12

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

13

14

15

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

16

☐        **BY FACSIMILE MACHINE:** I Tele-Faxed a copy of the original document to the above facsimile numbers.

17

18

☐        **BY OVERNIGHT MAIL:** I deposited such documents at the Overnite Express or Federal Express Drop Box located at 1 MacArthur Place, Santa Ana, California 92707.  The envelope was deposited with delivery fees thereon fully prepaid.

19

20

☐        **BY PERSONAL SERVICE:** I caused such envelope(s) to be delivered by hand to the above addressee(s).

21

☐        (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23

☒        (Federal)  I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

24

Executed on March 26, 2009, at Santa Ana, California.

25

26

*Veronica Delgado*

27

Veronica Delgado

28

---

PROOF OF SERVICE

1074919.1

1

**SERVICE LIST**
*Alejandra Hernandez v. Chase Bank, USA, N.A.*
Imperial County Superior Court Case No. ECU05039

2

3

Mark D. Potter, Esq.                          (760) 480-4162-telephone
Russell C. Handy, Esq.                        (760) 480-4170-facsimile
Potter Handy, LLP
100 East San Marcos Blvd., Suite 400
San Marcos, CA 92069-2988                     **Attorney for Plaintiff, Alejandra Hernandez**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 161434    — MB
* * C O P Y * *
March 26, 2009
16:09:23**

**Civ Fil Non-Pris**
USAO #.: 09CV0629
Judge..: JANIS L. SAMMARTINO
Amount.:                    $350.00 CK
Check#.: 77103

**Total—>   $350.00**

FROM: ALEJANDRA HERNANDEZ VS
       CHASE BANK